Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 52306.**—Chong Kee Jan & Co. et al. *v.* United States, protests 946650-G, etc. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 52307.**—Chew Chong Tai & Co. et al. *v.* United States, protests 965575-G, etc. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 52308.**—China Importing Co. et al. *v.* United States, protests 8448-K, etc. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 52309.**—Chong Kee Jan & Co. et al. *v.* United States, protests 46201-K, etc. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 52310.**—Wo Kee & Co. et al. *v.* United States, protests 966583-G, etc. (San Francisco).